IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

VALENE R. SPANN, Estate of §
Richard Lewis Christian by and through §
Valene R. Spann, §
§
§
§
Plaintiff, §
§
v. § No. 3:25-cv-2854-D (BT)
§
UNITED STATES OF AMERICA, §
§
Defendant. §

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, this case will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). Any pending motions are denied as moot.

**SO ORDERED**.

July 14, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE